UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Luis Angel Torres-Otero
    v.
U.S.A.

CASE NUMBER: Civil no. 96-1982 (HL)
Crim. no. 92-202 (HL)

## ORDER

  A hearing will be held on **May 11, 2000**, at 2:00 p.m. to determine whether Luis Angel Torres-Otero knew that he had a right to appeal his sentence, notwithstanding that the Court failed to so advise him at the time of his sentence. If Torres-Otero denies that he knew of this right to appeal, the Government will have the burden of proving otherwise. *See United States v. Torres-Otero*, 192 F.3d 12, 14 (1st Cir. 1999).

  In a motion filed in his criminal case, Torres-Otero requests that he be resentenced at this hearing. In its order, the First Circuit remanded this case so that the Court could hold a hearing on whether Torres-Otero knew he had a right to appeal. The First Circuit did not rule that he be resentenced on remand. Accordingly, the request to be resentenced is hereby denied.

Date 4/18/00

HECTOR M. LAFFITTE
Chief U.S. District Judge