# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

Luis Angel Torres-Otero

v.

U.S.A.

**CASE NUMBER:** Civil no. 96-1982 (HL)
Crim. no. 92-282 (HL)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 5.2.00      **Docket # 22**<br>[x] Plffs   [ ] Defts   [ ] Other<br>**Title:** Request to continue hearing | Granted.  The hearing originally scheduled for May 11, 2000, is hereby reset to **May 18, 2000,** at 2:00 p.m. |

Date 5-8-00

**HECTOR M. LAFFITTE**
Chief U.S. District Judge



