UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Luis Angel Torres-Otero
       v.                           **CASE NUMBER:** Civil no. 96-1982 (HL)
U.S.A.                                              Crim. no. 92-202 (HL)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 7.13.00  **Docket # 27**<br>[ ] Plffs  [ ] Defts  [ ] Other<br>Title: Defendant's request for an order | Petitioner Luis Torres Otero moves the Court for an order that the hearing held on May 18, 2000, be transcribed. This transcription has already been done. *See* docket no. 26. The Clerk of the Court shall provide Petitioner's counsel with a copy of this transcript. The motion is thus moot. |

Date 7/27/00

HECTOR M. LAFFITTE
Chief U.S. District Judge

RECEIVED & FILED
'00 JUL 28 AM 7:56
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

29